IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GJL HOLDING COMPANY LLC, | |
| Plaintiff, | Case No.: 1:25-cv-04042 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | But Qihui |
| 2 | Hareem-Li |
| 3 | Galayestar |
| 4 | Forart |
| 14 | Lucleag |
| 15 | Colored Flag |
| 16 | Robiteno |
| 17 | Diyu J |
| 18 | M.Meteorite |
| 22 | VibHome |
| 23 | Kayannuo |
| 25 | Y's Home Store |
| 26 | LIG87 |
| 33 | WIhsubfs |
| 34 | xinlonyao |
| 35 | Gardnery |
| 36 | Crowdstar |
| 38 | chidgrass |
| 39 | Yy' choice Co.Ltd |

| | |
|---|---|
| 50 | Ailytec Inc |
| 51 | Tianleim |
| 52 | Yingyi |
| 53 | WKWeiS |
| 54 | JIA JIA SHUANG |
| 57 | JIbyfbs |
| 60 | bmange |
| 64 | WRKEKC |
| 66 | LUOzoyuans |
| 68 | PAVEOS Household Supplies |
| 73 | XINDISNusfo |
| 74 | Lisa Lavan |
| 83 | xiepangOK |
| 84 | YKAPE Co.Ltd |
| 85 | justhard |
| 87 | WJHWSX Home Clearance |
| 97 | BrowQuartz |
| 98 | Onaparter |
| 100 | Jenpsro |
| 107 | JIMING |
| 113 | Rushijin |
| 145 | WQQZJJ |
| 148 | yxmi |
| 160 | MOVERV Co.Ltd |
| 164 | Lydiaunistar Clearance |

DATED: May 28, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 28, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt